# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **SAINT LAWRENCE COMMUNICATIONS LLC,** | § § § | Case No. 2:14-cv-1055-JRG |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| **LG ELECTRONICS, INC., LG ELECTRONICS ALABAMA, INC., AND LG ELECTRONICS USA, INC.,** | § § § § | |
| Defendants. | § § § | |

## SAINT LAWRENCE COMMUNICATIONS LLC'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Plaintiff Saint Lawrence Communications LLC ("St. Lawrence") provides its Initial Disclosures based on information presently available and known. St. Lawrence is continuing to investigate and develop the claims and issues in this litigation. Therefore, St. Lawrence reserves the right to supplement these disclosures based on further investigation, discovery and development of its legal and factual theories.

**(a) The correct names of the parties to the lawsuit.**

The correct names of the parties are as reflected in the style above. Specifically, the Plaintiff is Saint Lawrence Communications LLC and the Defendants are LG Electronics, Inc., LG Electronics Alabama, Inc., and LG Electronics USA, Inc. ("LG").

**(b) The name, address, and telephone number of any potential parties.**

At this time, St. Lawrence is not aware of any unnamed potential parties.

**(c) The legal theories and, in general, the factual bases of the disclosing parties and, in general, the factual bases of the disclosing party's claims or defenses (the disclosing party need not marshal all evidence that may be offered at trial).**

This is a case involving patent infringement of several different United States Patents, identified in the chart below. St. Lawrence's factual bases for its infringement claims are documents (including technical and marketing documents) detailing the structure, function, features, and operation of several of LG's products. St. Lawrence refers to, and incorporates by reference, its Disclosures of Asserted Claims and Infringement Contentions pursuant to P.R. 3-1, which will be served on Defendant pursuant to the Docket Control Order.

**(d) The name, address, and telephone number of persons having knowledge of relevant facts, a brief statement of each person's connection with the case, and a brief, fair summary of the substance of the information known by any such person.**

| Name | Connection to Case | Summary of Witness Knowledge |
|---|---|---|
| Bruno Bessette<br>VoiceAge<br>750 Lucerne Road, Suite 250<br>Montreal (Quebec) H3R 2H6 Canada | Co-inventor of U.S. Patent Nos. 6,795,805; 6,807,524; 7,151,802; 7,191,123; and 7,260,521. | Conception, reduction to practice, design, and development relating to the identified patents; prosecution of the identified patents; commercialization, public demonstrations, and public disclosure of embodiments of the identified patents. |
| Redwan Salami<br>VoiceAge<br>750 Lucerne Road, Suite 250<br>Montreal (Quebec) H3R 2H6 Canada | Co-inventor of U.S. Patent Nos. 6,795,805; 6,807,524; 7,151,802; 7,191,123; and 7,260,521. | Conception, reduction to practice, design, and development relating to the identified patents; prosecution of the identified patents; commercialization, public demonstrations, and public disclosure of embodiments of the identified patents. |
| Roch Lefebvre<br>VoiceAge<br>750 Lucerne Road, Suite 250<br>Montreal (Quebec) H3R 2H6 Canada | Co-inventor of U.S. Patent Nos. 6,795,805; 6,807,524; 7,151,802; 7,191,123; and 7,260,521. | Conception, reduction to practice, design, and development relating to the identified patents; prosecution of the identified patents; commercialization, public demonstrations, and public |

| Name | Connection to Case | Summary of Witness Knowledge |
|---|---|---|
| | | disclosure of embodiments of the identified patents. |
| Marvin Key (may be contacted through undersigned counsel) | Mr. Key is Chief Executive Officer of Saint Lawrence Communications LLC | Knowledge regarding St. Lawrence's facility and the location of relevant documents. |
| Laurent Amar Voiceage 750 Lucerne Road, Suite 250 Montreal (Quebec) H3R 2H6 Canada | Officer of Voiceage | Knowledge regarding Voiceage's licensing efforts. |
| Sylvain Desjardins Voiceage 750 Lucerne Road, Suite 250 Montreal (Quebec) H3R 2H6 Canada | Officer of Voiceage | Knowledge regarding Voiceage's licensing efforts. |
| Melvin C. Garner Leason Ellis LLP One Barker Ave. White Plains, NY 10601 | Prosecuting attorney for U.S. Patent Nos. 6,795,805; 7,151,802; and 7,191,123. | Prosecution and commercial embodiments of the identified patents; commercialization, public demonstrations, and public disclosure of embodiments of the identified patents as well as alleged prior art relating to the identified patents. |
| Lisa Ulrich IBM Armonk, New York | Prosecuting attorney for U.S. Patent No. 6,795,805. | Prosecution and commercial embodiments of the identified patents; commercialization, public demonstrations, and public disclosure of embodiments of the identified patents as well as alleged prior art relating to the identified patents. |
| F. Prince Butler | Prosecuting attorney for U.S. Patent Nos. 6,807,524 and 7,260,521. | Prosecution and commercial embodiments of the identified patents; commercialization, public demonstrations, and public disclosure of embodiments of the identified patents as well as alleged prior art relating to the identified patents. |
| | | |

| Name | Connection to Case | Summary of Witness Knowledge |
|---|---|---|
| Mare S. Weiner Birch, Stewart, Kolasch & Birch, LLP Suite 100 East 8110 Gatehouse Road Falls Church, VA 22042 | Prosecuting attorney for U.S. Patent Nos. 6,807,524 and 7,260,521. | Prosecution and commercial embodiments of the identified patent; commercialization, public demonstrations, and public disclosure of embodiments of the identified patent as well as alleged prior art relating to the identified patent. |
| Richard Katz | Prosecuting attorney for U.S. Patent Nos. 7,151,802 and 7,191,123. | Prosecution and commercial embodiments of the identified patent; commercialization, public demonstrations, and public disclosure of embodiments of the identified patent as well as alleged prior art relating to the identified patent. |
| Marie L. Collazo | Prosecuting attorney for U.S. Patent Nos. 7,151,802 and 7,191,123. | Prosecution and commercial embodiments of the identified patent; commercialization, public demonstrations, and public disclosure of embodiments of the identified patent as well as alleged prior art relating to the identified patent. |

- Representatives for the Defendants.  It is believed that representatives from the Defendants in this litigation will have knowledge relevant to the manufacture, sale, use and distribution of products and/or services using the technology at issue in this case as well as the alleged infringement of the patents-in-suit.

- Representatives of ITU Telecommunication Standardization Sector.  It is believed that these persons will have knowledge relevant to the importance and value of AMR-WB and the participation of VoiceAge in the standard.

- Representatives of the International Patent Evaluation Consortium ("IPEC"). It is believed that representatives of IPEC will have knowledge of the patent essentiality of the patents-in-suit to the AMR-WB specification.

- Representatives of AT&T, Sprint, T-Mobile and Verizon Wireless. It is believed that these persons will have knowledge of the rollout of AMR-WB and its value to consumers and Defendants.

- All persons identified in initial disclosures served by any other party, all persons identified in this lawsuit by any party in answers to interrogatories, all expert witnesses designated by any party, and all persons deposed in this lawsuit.

**(e) Any indemnity and insuring agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.**

St. Lawrence is presently unaware of any such agreements.

**(f) Any settlement agreements relevant to the subject matter of this action.**

St. Lawrence has entered into settlement agreements with Samsung, Huawei, Sony, Blackberry and Doro.

In addition to the foregoing, St. Lawrence identifies any agreements identified in the initial disclosures served by any other party as agreements that may have relevance to the subject matter of this action.

**(g) Any statement of any party to the litigation.**

St. Lawrence does not offer a statement at this time.

Dated: May 1, 2015

Respectfully submitted,

*/s/ Amir Alavi*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Alisa A. Lipski
Texas Bar No. 24041345
alipski@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS,
   ALAVI & MENSING P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR PLAINTIFF SAINT LAWRENCE COMMUNICATIONS LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record as indicated below on the 1st day of May, 2015.

*By E-mail*

Michael J McKeon
Robert Andrew Schwentker
Fish & Richardson PC - Washington DC
1425 K Street, NW
Suite 1100
Washington, DC 20005
202-783-5070
Fax: 202-783-2331
Email: mckeon@fr.com
Email: schwentker@fr.com

Scott A Elengold
Fish & Richardson PC - Washington DC
1425 K Street, NW
Suite 1100
Washington, DC 20005
202/783-5070
Fax: 202-783-2331
Email: elengold@fr.com

Melissa R. Smith
Gillam & Smith LLP
303 South Washington Ave.
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257
Email: melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS
LG ELECTRONICS, INC.,
LG ELECTRONICS USA, INC. and
LG ELECTRONICS ALABAMA, INC.**

                                              */s/ Amir Alavi*